JS-6

FILED
CLERK, U.S. DISTRICT COURT

10/20/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOURIEH NAJAFIFARD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY, a Connecticut Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-04422-BRO-FFM<br>Assigned to: District Court Judge Beverly Reid O'Connell<br><br>**ORDER RE DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: April 13, 2015<br>Case Removed: June 11, 2015<br>Trial Date: November 8, 2016 |

Pursuant to the parties' Stipulation for Dismissal of Action with Prejudice,

**IT IS HEREBY ORDERED THAT:**

1. This entire action is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

\ \ \

\ \ \

2. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 20, 2016         By: _____
                                  Hon. Beverly Reid O'Connell
                                  United States District Judge